TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00172-CV

Randall L. Greiner, Appellant

v.

Texas Department of Protective and Regulatory Services, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT

NO. 10,931
, HONORABLE DONALD V. HAMMOND, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a Motion to Dismiss. As no certificate of conference was
included with the motion, all counsel were notified of said motion by letter dated April 27, and
invited to respond to the motion to dismiss on or before May 8, 2000. Thus far there has been
no response. Accordingly, we grant appellant's motion and dismiss the appeal. See Tex. R. App.
P. 42.1(a)(2).

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: May 25, 2000

Do Not Publish